UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO: 1:19-cv-4782 |
| | ) |
| AMAZON.COM SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I. NATURE OF THE CASE**

1. This is an action brought by Plaintiff, Cynthia White ("White"), by counsel, against Defendant, Amazon.com Services, Inc. ("Defendant"), alleging violations of Title VII of the Civil Right Acts of 1964 (Title VII), as amended, 42 U.S.C. §2000e *et. seq.*

**II. PARTIES**

2. White is a resident of the State of Indiana, who at all relevant times resided within the geographical boundaries of the Southern District of Indiana.

3. Defendant maintains offices and conducts business within the geographical boundaries of the Southern District of Indiana.

**III. JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; and 42 U.S.C. §2000e-5e(f)(3).

5. Defendant is an "employer" as the term is defined by 42 U.S.C. §2000e(b).

1

6.   White was an "employee" as that term is defined by 42 U.S.C. §2000e(f).

7.   White satisfied her obligation to exhaust her administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") against Defendant alleging race, religion and national origin discrimination and retaliation for having complained of said discrimination. White received the Required Notice of Suit Rights and now timely files this action.

8.   A substantial part of the events, transactions, and occurrence relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

9.   White is an African American.  She is American born and practices the Christian faith.

10.   White was hired to work in the Single Large Packing department in or around 2014.

11.   At all relevant times, White met or exceeded Defendant's legitimate performance expectations

12.   In White's department, she worked in an environment largely populated with employees of Middle Eastern descent. Upon information and belief, many of the employees in this department immigrated from countries such as Pakistan, India, and Myanmar. Upon further information and belief, these employees were predominately Muslim.

13.     The Middle Eastern, Muslim employees assisted one another with their work but did not assist White.  Additionally, they berated and intimidated White and were openly hostile toward her.

14.     Supervisors routinely referred to the Middle Eastern, Muslim employees as their "favorites".

15.     Defendant consistently assigned White to the end of the work line where she was forced to work harder to meet her packing rate.  Conversely, the other non-African American, non-Christian employees were allowed to work in the front of the line consistently, thereby making it easier for them to make their rate.

16.     White engaged in protected activity when she complained to Defendant about the hostile work environment that her co-workers were creating for her based on her race, religion or nation of origin.

17.     In or around February 2019, White was attacked at work by a co-worker who was Muslim. White reported the incident to management.  On or about March 8, 2019, White was terminated as a result of the incident where she was attacked. Her attacker was not terminated as a result of the incident.

## V. CAUSES OF ACTION

## COUNT I: RACE DISCRIMINATION

18.     White hereby incorporates paragraphs one (1) through seventeen (17) of her Complaint.

19.     Defendant allowed White to be openly harassed and discriminated against based on her race.

20.     Defendant's actions were intentional, willful, and in reckless disregard of White's rights as protected by Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. §2000e *et. seq.*

21.     White has suffered damages as a result of Defendant's unlawful actions.

### COUNT II: NATIONAL ORIGIN DISCRIMINATION

22.     White hereby incorporates paragraphs one (1) through twenty-one (21) of her Complaint.

23.     Defendant allowed White to be openly harassed and discriminated against based on her national origin.

24.     Defendant's actions were intentional, willful, and in reckless disregard of White's rights as protected by Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. §2000e *et. seq.*

25.     White has suffered damages as a result of Defendant's unlawful actions.

### COUNT III: RELIGIOUS DISCRIMINATION

26.     White hereby incorporates paragraphs one (1) through twenty-five (25) of her Complaint.

27.     Defendant allowed White to be openly harassed and discriminated against based on her race.

28.     Defendant's actions were intentional, willful, and in reckless disregard of White's rights as protected by Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. §2000e *et. seq.*

29.     White has suffered damages as a result of Defendant's unlawful actions.

4

## COUNT IV: RETALIATION

30.     White hereby incorporates paragraphs one (1) through twenty-nine (29) of her Complaint.

31.     White discriminated against White for engaging in a protected activity.

32.     Defendant's actions were intentional, willful, and in reckless disregard of White's rights as protected by Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. §2000e *et. seq.*

33.     White has suffered damages as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Cynthia White, by counsel, respectfully requests that this Court find for Plaintiff and:

1.     Permanently enjoin Defendant from engaging in any employment policy or practice that discriminates against any employee on the basis of his/her race;

2.     Reinstate her to the position, salary, and seniority she would have enjoyed but for Defendant's unlawful employment actions, or award her front pay in lieu thereof;

3.     Order that the Plaintiff be awarded any back pay she would have earned, including fringe benefits, with related monetary benefits and interest thereon, absent Defendant's unlawful actions;

4.     Award the Plaintiff compensatory damages, consequential damages, and lost wages and benefits in an amount sufficient to compensate Plaintiff for the damages caused by Defendant's unlawful actions;

5.  Award the Plaintiff punitive damages for violations of Title VII;

6.  Award the Plaintiff attorney fees, litigation expenses, and costs incurred as a result of this action;

7.  Award the Plaintiff pre- and post-judgement interest on all sums recoverable; and

8.  Grant such other relief as may be just and proper.

Respectfully Submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: */s/ Andrew Dutkanych III*_____
Andrew Dutkanych III
411 Main Street
Evansville, Indiana 47708
Telephone:    (812) 424-1000
Facsimile:    (812) 424-1005
Email:        ad@bdlegal.com
*Counsel for Plaintiff, Cynthia White*

## DEMAND FOR JURY TRIAL

Plaintiff, Cynthia White, by counsel, request a trial by jury on all issues deemed so triable.

Respectfully Submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: */s/ Andrew Dutkanych III*_____
Andrew Dutkanych III
411 Main Street
Evansville, Indiana 47708
Telephone:    (812) 424-1000
Facsimile:    (812) 424-1005
Email:        ad@bdlegal.com
*Counsel for Plaintiff, Cynthia White*