UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA WHITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-04782-JMS-MPB ) |
| AMAZON.COM SERVICES, INC., | ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On October 28, 2020, the Magistrate Judge denied Plaintiff's Motion to Revoke Settlement Agreement, ordered Amazon to distribute funds consistent with the terms of the agreement, granted now-former Plaintiff's counsel's Motion to Withdraw, ordered Plaintiff's counsel to deliver settlement funds consistent with the terms of the Agreement and to file a Notice with this court by November 18, 2020, indicating that the same had been executed. (Docket No. 31). This Notice has now been filed. (Docket No. 34). The Magistrate Judge further recommended that after the Notice was filed that this case be dismissed with prejudice. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby **ADOPTS** the Magistrate Judge's Report and Recommendation. (Docket No. 31). It is therefore, **ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint against the Defendant be, and the same is, hereby dismissed, with prejudice, the same being fully compromised and settled, costs paid.

Date: 11/23/2020

*[signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

CYNTHIA WHITE
10010 John Jay Drive
Indianapolis, IN 46235

Emily L. Connor
LITTLER MENDELSON, P.C. (Indianapolis)
econnor@littler.com

Rebecca L. Loeffler
LITTLER MENDELSON, P.C. (Indianapolis)
RLoeffler@littler.com